IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

SOUTHERN DISTRICT OF MISSISSIPPI
F I L E D
DEC 3 0 2005
J. T. NOBLIN, CLERK
BY_____DEPUTY

JEFFREY B. WEAVER, M.D.                                                    PLAINTIFF

VS.                                        CIVIL ACTION NO. 3:04CV754BN

THE EQUITABLE LIFE ASSURANCE SOCIETY
OF THE UNITED STATES, & JOHN DOES 1-10, ET AL.         DEFENDANTS


### FINAL JUDGMENT OF DISMISSAL WITH PREJUDICE

THIS CAUSE having come on for hearing, and the Court being advised that the same has been compromised and settled to the satisfaction of all parties and that there remain no issues to be litigated by or between the parties nor adjudicated or determined by the Court, it is

ORDERED AND ADJUDGED that this cause be, and the same hereby is, dismissed with prejudice with each party to bear its own costs.

SO ORDERED AND ADJUDGED this the 29th day of December, 2005.

                                         s/William H. Barbour, Jr.
                                         UNITED STATES DISTRICT JUDGE

AGREED:


_____s/John G. Holaday_____
Attorney for Plaintiff


_____s/Ford Bailey_____
Attorney for Defendant


C:\Documents and Settings\702\Local Settings\Temp\notes6030C8\P3206.wpd